UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.

<u>Frederick Drane</u>

Criminal No. 13-cr-31-01-JL

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted in part; the continuance is limited to 30 days.  Counsel should not expect further continuances without good cause.  As co-defendant Lebo assented to a continuance, the following dates apply as to both defendants:  Final Pretrial is rescheduled to August 12, 2013 at 10:00 AM; Trial is continued to the two-week period beginning August 20, 2013, 9:30 AM. In addition to various filing deadlines contained in the local rules, the parties shall also file any in limine motions no later than ten (10) days prior to the final pretrial conference.  Objections to motions in limine shall be filed no later than three (3) days prior to the final pretrial conference.

    Defendant Drane shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and

the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 13, 2013

cc:  Robert Carey, Esq.
     Bjorn Lange, Esq.
     Nick Abramson, Esq.
     U.S. Marshal
     U.S. Probation